**United States District Court**
**Northern District of New York**

| | |
|---|---|
| Yul Bueno-Villaman,              ) | Case 3:20-cv-01328-DEP |
|     *Plaintiff*,                      ) | |
|                                              ) | |
| vs.                                         ) | |
|                                              ) | David E. Peebles |
| Kilolo Kijakazi,                      ) | United States Magistrate Judge |
| Acting Commissioner of the Social  ) | |
| Security Administration,      ) | |
|     *Defendant*.                   ) | |

**STIPULATION AND ORDER TO AWARD FEES UNDER**
**THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff is awarded attorney fees in the amount of **$5,300.00** in full satisfaction and settlement of any and all claims plaintiff may have under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  This award accounts for any claim for EAJA fees, expenses and costs.

Any fees paid belong to plaintiff, and not to his attorney, and may be offset to satisfy any pre-existing debt that plaintiff owes the United States under *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521 (2010).  After the Court enters this award, if counsel for the defendant can verify that plaintiff owes no pre-existing debt subject to the offset, defendant will direct that the award be made payable to plaintiff's attorney pursuant to the EAJA assignment duly signed by plaintiff and counsel.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi,<br>By Her Attorneys | Yul Bueno-Villaman,<br>By His Attorney |

Carla B. Freedman,
United States Attorney

| | |
|---|---|
| */s/ Luis Pere*<br>Luis Pere<br>Special Assistant United States Attorney<br>N.D.N.Y. Bar Roll No. 701031<br>Social Security Administration, OGC<br>J.F.K. Federal Building, Room 625<br>Boston, MA 02203<br>(617) 565-4277<br>Luis.pere@ssa.gov | */s/ Peter A. Gorton*[1]<br>Peter A. Gorton<br>Lachman, Gorton Law Firm<br>P.O. Box 89<br>1500 East Main Street<br>Endicott, NY 13761-0089<br>(607) 754-0500<br>office@lglaw.org |

AND, the Court having reviewed this matter,

IT IS So Ordered:

Date: July 18, 2022

_____
Mag. Judge David E. Peebles

---

[1] Signed by Luis Pere with Peter Gorton's permission.